USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-08

**MEMO ENDORSED**

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JENNY WHEELER
AND SHAWN WHEELER

          Plaintiff,

v.

33rd PRECINCT, et. al

          Defendants.
-------------------------------------------------------

**MOTION**
08 Civ 469 (LBS)

PLAINTIFF AFFIRMATION IN

SUPPORT FOR MORE TIME FOR

SERVICE

Plaintiff states under penalty of perjury, no service of summons and complaint was made on Defendants. Plaintiff respectfully requests to extension of time of service and new summons to be issued on the Defendants. Plaintiff never received summons and complaint package. Plaintiff requested documentation to be sent to P.O. Box 789, New York, NY 10040 not residential because there is faulty postal service and mailbox is broken. Plaintiff contacted the Pro Se office, and was informed that the Fed Ex package with the summons and complaint was returned to Pro Se office. Plaintiff, will make arrangements with Pro Se to pick up summons and complaint packages for service to Defendant from the court.

Plaintiff respectfully requests that all other correspondence be sent to P.O. Box 789, New York, NY 10040.

Dated: New York, NY
         May 28, 2008

**MEMO ENDORSED**

*[signature: Wheeler]*

*[signature: Shawn Wheeler]*

Copy to:

Pro se Office
500 Pearl Street
Room 230
New York, NY 10007

COPIES MAILED TO ALL PARTIES
5-30-08

*Endorsement: Referred to Pro Se Office. Sixty (60) day extension of time to make service is granted. [signature] 5/29/08. So ordered. To Sand USDJ*