UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
JENNY WHEELER and SHAWN WHEELER

        Plaintiffs,

    -against-

33rd PRECINCT, OFFICER STRONG
OFFICER JOHN DOE, SGT. JOHN DOE,

        Defendants.
------------------------------X

NOTICE OF DISMISSAL

08 Civ. 469 (LBS)

SAND, J.

    Plaintiffs, Jenny Wheeler and Shawn Wheeler, pursuant to Fed. R. Civ. Proc. 41(a), hereby voluntarily dismiss the within action without prejudice to commencing another action based on or including the same claims made herein.

Dated: New York, New York
       July 15, 2008

_____  
JENNY WHEELER  
Plaintiff Pro Se  
PO Box 789  
New York, NY 10040

_____  
SHAWN WHEELER  
Plaintiff Pro Se  
PO Box 789  
New York, NY 10040

SO ORDERED:

_____  
U.S.D.J.

7/30/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-08

COPIES MAILED TO ALL PARTIES
7-30-08